**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| ABDIKANI A. NOUR,<br><br>                Petitioner<br><br>v.<br><br>JEFFERSON B. SESSIONS III, et al,<br><br>                Respondents. | Civil No. 16-2944 (JRT/KMM)<br><br>**ORDER ON REPORT<br>AND RECOMMENDATION** |

---

Abdikani Nour, #010610, Sherburne County Jail, 13880 Business Center Dr., Elk River, MN 55330, *pro se* petitioner.

Ana H. Voss, D. Gerald Wilhelm, Assistant United States Attorneys, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondents.

A Report and Recommendation was filed by Magistrate Judge Katherine Menendez on April 18, 2017. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Mr. Nour's Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241(Docket No. 1) is **DENIED** and this matter is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 5, 2017　　　　　　　　s/John R. Tunheim
at Minneapolis, Minnesota　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　Chief Judge
　　　　　　　　　　　　　　　　　United States District Court